**DISTRIBUTED LEDGER, INC.**
**SHAREHOLDER VOTE TO ELECT DIRECTORS**

WHEREAS, Distributed Ledger, Inc. (the "Corporation" or "DLI") Series A Shareholders ("Voting Members") vote to elect Directors to serve on the Board of Directors for Fiscal Year 2021:

1. Please allocate one vote for each share of Class A voting stock that you own for the Director(s) of your choice:

| **Candidate for Director** | **Number of Votes Pledged** | |
|---|---|---|
| John Michael "Mike" Francis, II | 125,000 | votes pledged |
| Thomas "Tommy" Vardell | 125,000 | votes pledged |
| James "Jim" Andersen | 125,000 | votes pledged |
| Scott Offord | 125,000 | votes pledged |
| Write in Candidate(s): | | votes pledged |
| Write in Candidate(s): | | votes pledged |

Signature of Class A Shareholder: _/s/ Dan_

Name of Class A Shareholder: Scott Offord

Dated: April 5, 2021


EXHIBIT A