







Case 1:21-cv-00490-KD-N   Document 1-4   Filed 11/10/21   Page 1 of 1   PageID #: 36

EXHIBIT C-1