# Message

**Group message**

**Nathan Letteney**
Oct 28th at 12:06 PM

My CMT email was just shut off, it is ran on Scott's personal server at offord.me

This where I receive forwarded emails from sales@cryptomining.tools, and is also on my business cards nate@cryptomining.tools (edited)



Reply in thread