**Tweet**

📌 Pinned Tweet

**Scott Offord** ⭐
@offordscott

Announcement: I am no longer an employee of Distributed Ledger Inc. @DLedgerInc have terminated my contractor agreement. At this time, Distributed Ledger Inc still considers me a shareholder. More facts will be revealed as details become available.

7:34 PM · 10/28/21 · Twitter for iPhone

**1** Retweet  **4** Likes

EXHIBIT E

Tweet your reply