IN THE UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DISTRIBUTED LEDGER, INC | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No.   1:21-cv-490 |
| v. | § | |
| | § | |
| NEW GREEN NETWORK LLC, | § | |
| MILWAUKEE SEO LLC, AND SCOTT | § | |
| OFFORD | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Distributed Ledger, Inc., declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

DATED:  November 10, 2021              Respectfully Submitted,

*/s/ Dennis D. Green, Jr.*
Dennis D. Green, Jr., Esq.
Alabama Bar No. 7616-U22C
dennis@lawofficeofdennisgreen.com
132741 P.O. Box
Spring, Texas 77393
(470) 774-1288

**Attorneys for Plaintiff**
**Distributed Ledger, Inc.**

1