AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Louisiana

## CERTIFICATE OF GOOD STANDING

I, _____ Carol L. Michel _____ , Clerk of this Court,

certify that _____ Robert Joshua Koch Jr. _____ , Bar # ____ 7767 ____

was duly admitted to practice in this Court on ____ 10/11/1978 ____ , and is in good standing as a member

of the Bar of this Court.

Dated at ____ New Orleans, LA ____ on ____ 11/15/2021 ____
         *(Location)*                    *(Date)*

Carol L Michel
*CLERK*

Lenny Oliver
*Deputy Clerk*