IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **DISTRIBUTED LEDGER, INC** * | |
| **Plaintiff,** * | |
| v.                                         * | **CASE NO.: 1:21-cv-490-KD-N** |
| **NEW GREEN NETWORK LLC,** * | |
| **MILWAUKEE SEO LLC, and SCOTT** * | |
| **OFFORD**                           * | |
| **Defendants.** | |

### MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

NOW COMES, Plaintiff, Distributed Ledger Inc. ("DLI," "Company," or "Plaintiff"), by and through its undersigned counsel of record, and respectfully moves this Honorable Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure, for a temporary restraining order and for a preliminary injunction directing that defendants, New Green Network LLC ("NGN"), Milwaukee SEO LLC ("Milwaukee SEO") and Scott Offord ("Offord") their agents, servants, employees and attorneys, and all others in active concert or participation with them be enjoined as follows:

a. To immediately transfer to DLI administrative control of the Cryptomining.tools domain and website;

b. To immediately transfer to DLI all emails and other communications received by the Offord.Me server to or from DLI or its employees following Offord's termination of their access to the Cryptomining.tools domain and website;

c. To immediately transfer administrative control of the Telegram Groups to DLI;

1

d. To cease using and to immediately return all Assets in defendants' possession or control;

f. Promptly stop using and return to DLI all proprietary, confidential and trade secret information, in defendants' possession, custody or control, including without limitation all customer and vendor lists, records and files.

This motion is based on all of the files and proceedings herein, including Distributed Ledger's Verified Complaint and attached exhibits, as well as for those reasons more fully set forth in Distributed Ledger's Memorandum In Support of its Motion for a Temporary Restraining Order and for Preliminary Injunction.

The undersigned counsel certifies that he has provided a copy of Plaintiff's Complaint for Temporary Restraining Order, Preliminary Injunction and Damages, and that he will make all reasonable efforts to advise defendants of the date and time of any hearing on plaintiff's request for TRO and preliminary injunction.

Dated this 19th day of November, 2021.

Respectfully Submitted,

**LAW OFFICE OF
DENNIS D. GREEN, JR., P.C.**

 /s/ Dennis D. Green, Jr.
Dennis D. Green, Jr., Esq.
Alabama Bar No. 7616-U22C
dennis@lawofficeofdennisgreen.com
132741 P.O. Box
Spring, Texas 77393
(470) 774-1288

**KOCH & SCHMIDT, LLC**

<u>/s/ R. Joshua Koch, Jr.</u>
R. Joshua Koch, Jr.
Louisiana Bar No. 007767
jkoch@kochschmidt.com
650 Poydras St., Suite 2660
New Orleans, Louisiana 70130

***Attorneys for Plaintiff, Distributed Ledger Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November, 2021, the undersigned electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ R. Joshua Koch, Jr,*
R. Joshua Koch, Jr.