# Distributed Ledger, Inc. Has Acquired Crypto Mining Tools, an Industry-Leading Cryptocurrency Mining Hardware Supplier

December 29, 2020 · 1 min read

ATLANTA, Dec. 29, 2020 /PRNewswire/ -- Today, Distributed Ledger, Inc. (DLI), a blockchain technology service provider, announced the brand and business acquisition of North American-based cryptocurrency mining hardware supplier, Crypto Mining Tools (CMT). Cryptomining.tools is a well-known industry leader in cryptocurrency mining hardware brokerage and the creator of many trusted free online tools for miners.

Distributed Ledger, Inc., a blockchain technology service provider acquires Crypto Mining Tools.

These tools include a hosting provider directory, a bitcoin mining profitability calculator, an in-depth ASIC mining hardware comparison chart, educational YouTube videos, and the Crypto Mining Tools Podcast. With this acquisition, DLI is excited to welcome CMT's founder, Scott Offord, as the company's Director of Asset Management. Scott will leverage this new role to continue the outstanding work and relationships he has built with Crypto Mining Tools.

**What's to Come Over the Next Few Months**

- Re-branding of Crypto Mining Tools
- Re-launch of the Crypto Mining Tools Podcast
- A new look and message behind DLI's Fracking Miner
- Begin scaling services for CMT's customers

**About Distributed Ledger, Inc.:** DLI is a blockchain technology company with offices throughout the Southeastern United States, including Alabama, Georgia, Texas, Arizona, and Wisconsin. Contact info@distributedledgerinc.com for more information.

**About Crypto Mining Tools:** Crypto Mining Tools is a well-known cryptocurrency mining hardware, supporting equipment supplier and colocation broker.

Cision

View original content:http://www.prnewswire.com/news-releases/distributed-ledger-inc-has-acquired-crypto-mining-tools-an-industry-leading-cryptocurrency-mining-hardware-supplier-301198270.html

SOURCE Distributed Ledger Inc.

**EXHIBIT C-2**