## Natalie Leon

| | |
|---|---|
| **From:** | Josh Koch |
| **Sent:** | Friday, November 19, 2021 10:25 AM |
| **To:** | Natalie Leon |
| **Subject:** | FW: DLI/OFFORD |

**From:** Josh Koch
**Sent:** Monday, November 8, 2021 9:34 PM
**To:** 'Michael Brandwein' <michaelb@gordonlawltd.com>
**Cc:** Dennis Green <dennis@lawofficeofdennisgreen.com>; Mike Francis <mfrancis@wavefly.com>
**Subject:** RE: DLI/OFFORD

Michael – DLI is  open to settlement discussions but will not have any discussions until your clients transfer administrative control of the cryptomining.tools domain and Telegraph groups. So long as they continue to hold these domains hostage there is nothing to discuss.
Josh

**R. JOSHUA KOCH**
Partner
JKoch@KochSchmidt.com
T: 504.208.9042/ F: 504.208.9041
C: 337.344.5482

**KOCH & SCHMIDT, LLC**
650 Poydras St./Suite 2660/New Orleans, LA/ 70130
www.kochschmidt.com

CONFIDENTIAL STATEMENT
This message is sent by a law firm and may contain information that is privileged or
confidential.  If you receive this transmission in error, please notify the sender by reply email and delete the message and any attachments.

**From:** Michael Brandwein <michaelb@gordonlawltd.com>
**Sent:** Monday, November 8, 2021 6:41 PM
**To:** Josh Koch <JKoch@kochschmidt.com>
**Cc:** Dennis Green <dennis@lawofficeofdennisgreen.com>; Mike Francis <mfrancis@wavefly.com>
**Subject:** Re: DLI/OFFORD

Josh,

My client would be happy to address your concerns if you are willing to reduce this to writing in exchange for a mutual release between all parties/covenant to sue and compliance with his previous request to receive compensation owed to him and the personal belongings referenced in the previous email (in addition to either purchasing the equipment



EXHIBIT
D
tabbies

pursuant to the invoice or returning it). He is very concerned about the lack of attention to his compensation being paid and belongings that are still on site.

Best,

-------------------------------
MICHAEL BRANDWEIN, ESQ.
SENIOR ATTORNEY

GORDON LAW GROUP, LTD.
400 CENTRAL AVE., SUITE 340
NORTHFIELD, IL 60093

The information contained in this electronic mail message, including any attachments, is confidential, may be privileged and is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2522. Unauthorized use, copying or distribution of this message, including any attachments, is strictly prohibited and may be unlawful. If this message was sent to you in error, please notify the sender by return email and destroy this message, including any attachments.

Any tax advice contained in this communication was not intended or written to be used, and cannot be used, to rely on for the purpose of avoiding any penalties that may be imposed by any governmental taxing authority.

On Mon, Nov 8, 2021 at 4:24 PM Josh Koch <JKoch@kochschmidt.com> wrote:

> Michael – we are  disappointed that we have had no reply to our email below and conclude your clients have no intention of transferring administrative control of the cryptomining.tools domain to DLI. We will notify DLI of your client's position and will proceed accordingly.
>
> Kind regards.
>
> Josh
>
>
>
>
>
> **R. JOSHUA KOCH, JR.**
>
> Partner
>
> JKoch@KochSchmidt.com
>
> T: 504.208.9042/ F: 504.208.9041
>
>
>
> **KOCH & SCHMIDT, LLC**
>
> 650 Poydras St./Suite 2660/New Orleans, LA/ 70130
>
> www.kochschmidt.com

CONFIDENTIAL STATEMENT

This message is sent by a law firm and may contain information that is privileged or

confidential.  If you receive this transmission in error, please notify the sender by reply email and delete the message and any attachments.

**From:** Josh Koch
**Sent:** Friday, November 5, 2021 7:38 PM
**To:** Michael Brandwein <michaelb@gordonlawltd.com>
**Cc:** Dennis Green <dennis@lawofficeofdennisgreen.com>; Mike Francis <mfrancis@wavefly.com>
**Subject:** Re: DLI/OFFORD

Hi Michael. We would be happy to discuss your email but we must first insist that your client transfer administrative control of the cryptomining.tools domain to DLI. It's clear he sold the domain to DLI and took the company's stock in consideration. We have confirmed that not only has he refused to transfer administrative control to the domain, terminated DLI employees access to the domain, but is holding himself out to the public and DLIs customers as the owner of the site. As Dennis has previously pointed out to you or your client, there appear to be both civil and criminal consequences to these actions. If he wants to move forward with amicable discussions he must immediately transfer administrative control.

Let us know what he wants to do. He is at the end of the runway.

Kind regards.

Josh

R. JOSHUA KOCH, JR

Partner

JKoch@KochSchmidt.com

T: 504-208-9040 C: 337-344-5482

> On Nov 5, 2021, at 6:30 PM, Michael Brandwein <michaelb@gordonlawltd.com> wrote:

> Josh,

Can you or Dennis address my previous email to Dennis from the other week? We can discuss any other issues thereafter.

Best,

-------------------------------
MICHAEL BRANDWEIN, ESQ.
SENIOR ATTORNEY

GORDON LAW GROUP, LTD.
400 CENTRAL AVE., SUITE 340
NORTHFIELD, IL 60093

The information contained in this electronic mail message, including any attachments, is confidential, may be privileged and is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2522. Unauthorized use, copying or distribution of this message, including any attachments, is strictly prohibited and may be unlawful. If this message was sent to you in error, please notify the sender by return email and destroy this message, including any attachments.

Any tax advice contained in this communication was not intended or written to be used, and cannot be used, to rely on for the purpose of avoiding any penalties that may be imposed by any governmental taxing authority.

On Thu, Nov 4, 2021 at 1:11 PM Josh Koch <JKoch@kochschmidt.com> wrote:

Michael – I am following up on a voicemail I left you a short while ago.

As I stated in my vm I am co-counsel with Dennis Green working for Distributed Ledger ("DLI") in connection with their multitude of claims against your client, Scott Offord. Offord, as the administrator for the Cryptomining.tools domain ("CMT"), intentionally and maliciously terminated access of DLI employees to their CMT emails thereby interfering with and frustrating their communications with customers and potential customers to the detriment of DLI and to the benefit of Offord. All company sales efforts and most its marketing were run through this domain instead of DLI channels at the insistence of Offord.

The purpose of today's vm and this email is to respectfully make demand on Mr. Offord to immediately (like today), reinstate access to DLI employees to the CMT domain and to transfer administrative control of the domain to DLI. As you are aware, the domain was sold to and belongs to DLI. We understand from Google that we may be able to transfer administrative control if we are provided the email address that was used by Mr. Offord to open the account. Accordingly, if Mr. Offord will provide this information we will make an initial attempt to confect the transfer without Mr. Offord's further involvement. Of course, if this is not successful, we fully expect Mr. Offord to promptly undertake such efforts as are necessary to effect the transfer.

We look forward to discussing this and related matters with you.

Kind regards.

Josh Koch