## AFFIDAVIT of JAMES ANDERSEN

STATE OF MICHIGAN          )
COUNTY OF DELTA            )

I, James Andersen, of full age, being duly sworn according to law, upon his oath, deposes and says that:

1)   I am Vice President of Operations of Distributed Ledger, Inc. ("DLI").

2)   As Vice President, I am familiar with the employment and termination of Scott Offord, as well as sales and marketing by DLI.

3)   On or about early December, 2020, DLI purchased the Assets of New Green Network, LLC ("NGN"), a company believed by me to be solely owned and managed by Scott Offord. NGN was paid one millions shares of DLI stock for the sale of its Assets. The stock has been placed in the name of Scott Offord who was also designated the Asset Management Director of DLI over the Assets purchased from NGN. The purchased Assets include, among other, the cryptomining.tools domain, Telegram channels, and NGN customer and vendor lists.

4).   Following its acquisition of the Assets, DLI began using the cryptomining.tools and Telegram channels as its primary means of communication and marketing.

5).   On or about October 28, 2021, Scott Offord, terminated access of DLI to its cryptomining.tools domain and to DLI's Telegram channels purchased from NGN. It is my understanding that despite the sale of the Assets to DLI, Offord retained "administrative" control of the domain and Telegram channels. Numerous requests have been made of Defendants to restore access to the domain and Telegram channels but were ignored or refused.



EXHIBIT E

5. Offord was terminated from DLI on October 28, 2021 following his hijacking of the cryptomining.tools domain and Telegram channels. Since his termination, DLI has experienced a significant drop in communications from clients and sales. In addition, DLI learned that Offord redirected repair services previously provided by DLI to another entity in which he is believed to have an interest.

6. On information and belief, Offord is believed to be using DLI proprietary and confidential information obtained during his employment with DLI, including customer and pricing details, to negotiate on his own behalf a contract with a primary vendor of DLI. Offord was instructed by DLI during his employment to negotiate with this vendor for a contract on DLI's behalf. For reasons only now becoming clear, Offord delayed contacting the vendor resulting in DLI losing the contract and has now negotiated his own contract with the vendor. DLI has since been informed that the vendor is unable to provide to DLI the products requested for any additional contracts.

7) Offord was also recently discovered to have contacted DLI's Chinese vendor and instructed the vendor to "redirect" certain items that he had previously ordered on DLI's behalf for one of its customers, to himself for one of his customers. DLI was therefore unable to complete its customer's order for this equipment.

8) Offord has also refused to provide the management, marketing and communication records relating to the cyptomining.tools domain and brand use.

9) DLI is and will continue to suffer a loss of customers, vendors and good will if defendants are not ordered to immediately transfer and assign to DLI all rights as administrator to the cryptomining.tools domain and all Telegram channels, to forward to

DLI all communications to or from the domain and Telegram channels that have been obstructed by Defendants, to refrain from further obstructions of Plaintiff's access to its cryptomining.tools domain and Telegram channels, and to refrain from the use of any customer, contract, vendor or other confidential and proprietary information or documents made available to or obtained by Defendants during his employment as the Asset Management Director of DLI.

I have read and signed the above on this 19th day of November, 2021.

_____
JAMES ANDERSEN

SWORN TO AND SUBSCRIBED before me on this 19th day of November, 2021.

_____
Heidi M Bullen
NOTARY PUBLIC

My Commission Expires: 2-1-24

HEIDI M. BULLEN
NOTARY PUBLIC, STATE OF MI
COUNTY OF DELTA
MY COMMISSION EXPIRES Feb 1, 2024
ACTING IN COUNTY OF Delta