IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DISTRIBUTED LEDGER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 21-0490-KD-N |
| ) | |
| NEW GREEN NETWORK LLC, ) | |
| MILWAUKEE SEO LLC, and ) | |
| SCOTT OFFORD, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This action is before the Court on Plaintiff Distributed Ledger, Inc.'s (DLI) Motion for Temporary Restraining Order and Preliminary Injunction and brief in support (docs. 9; 9-1). Accordingly, Defendants New Green Network LLC, Milwaukee SEO LLC, and Scott Offord shall file their **respons**e on or before **December 10, 2021.** The Motion is set for **hearing** on **December 21, 2021, at 10:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama 36604.

DONE and ORDERED this the 23rd day of November 2021.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**