IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DISTRIBUTED LEDGER, INC.,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:21-00490-KD-N |
| ) | |
| **NEW GREEN NETWORK LLC,** *et al.,*) | |
| Defendants. ) | |

## **ORDER**

On November 12, 2021, the Court entered a text-only order explaining that the disclosure statement the Plaintiff had filed that day (Doc. 4) did not satisfy the disclosure requirements of S.D. Ala. CivLR 7.1, and ordered the Plaintiff "to file an amended disclosure statement that certifies disclosure required by S.D. Ala. CivLR 7.1 no later than Thurs. 11/18/2021…" (Doc. 5). To date, the Plaintiff has not filed such an amended disclosure statement as ordered, nor has it requested additional time to do so.

Upon consideration, the Plaintiff is **ORDERED** to file, no later than **Tuesday, November 30, 2021**, (1) an amended disclosure statement that certifies disclosure required by S.D. Ala. CivLR 7.1, *and* (2) a separate response to this order showing cause for its failure to comply with the Court's prior order to do so (Doc. 5).

**DONE** and **ORDERED** this the 23rd day of November 2021.

/s/ *Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**