# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DISTRIBUTED LEDGER, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 1:21-cv-0490-KD-N |
| ) | |
| **NEW GREEN NETWORK LLC,** ) | |
| **MILWAUKEE SEO LLC, and SCOTT** ) | |
| **OFFORD,** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

**COMES NOW,** Caroline T. Pryor, of the firm Carr Allison, and files this Notice of Appearance on behalf of the Defendants, New Green Network LLC, Milwaukee SEO LLC and Scott Offord in the above referenced matter.

Respectfully Submitted:

/s/ Caroline T. Pryor
CAROLINE T. PRYOR (PRYOC 2802)
SARAH CROSS RYAN (CROSS5186)
Attorneys for Defendants, New Green Network LLC,
Milwaukee SEO LLC and Scott Offord

**OF COUNSEL:**

CARR, ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - Facsimile
cpryor@carrallison.com
sryan@carrallison.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 10th day of December, 2021, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

Dennis D. Green, Jr.
Law Office of Dennis D. Green, Jr., P.C.
P.O. Box 132741
Spring, TX 77393

R. Joshua Koch, Jr.
Koch & Schmidt, LLC
650 Poydras Street, Suite 2660
New Orleans, LA 70130

                                                                       */s/ Caroline T. Pryor*_____
                                                                       OF COUNSEL