## auditlog

| Time | Action | OldValue | NewValue |
|---|---|---|---|
| 2021-10-28T21:14:15Z | Deleted | cryptominingconference.com,A,34.102.136.180,cryptominingconference.com | {} |
| 2021-10-28T21:14:35Z | Added | {} | cryptominingconference.com,CNAME,distributedledgerinc.com,cryptominingconference.com |
| 2021-10-28T21:18:22Z | Added | {} | cryptomining.tools,TXT,cryptomining.tools |
| 2021-10-28T21:18:40Z | Added | {} | cryptominingconference.com,TXT,cryptominingconference.com |
| 2021-10-28T21:19:08Z | Added | {} | miningfarmpdu.com,TXT,miningfarmpdu.com |
| 2021-10-28T21:20:42Z | Set | cryptominingconference.com,TXT,cryptominingconference.com | cryptominingconference.com,TXT,cryptominingconference.com |
| 2021-10-28T21:21:00Z | Set | miningfarmpdu.com,TXT,miningfarmpdu.com | miningfarmpdu.com,TXT,miningfarmpdu.com |
| 2021-10-28T21:21:28Z | Deleted | www.cryptomining.tools,A,157.230.53.75,cryptomining.tools | {} |
| 2021-10-28T21:22:08Z | Deleted | cryptomining.tools,A,157.230.53.75,cryptomining.tools | {} |
| 2021-10-28T21:22:32Z | Added | {} | cryptomining.tools,CNAME,distributedledgerinc.com,cryptomining.tools |
| 2021-10-28T21:28:22Z | Deleted | cryptomining.tools,MX,aspmx3.googlemail.com,cryptomining.tools | {} |
| 2021-10-28T21:28:28Z | Deleted | cryptomining.tools,MX,aspmx2.googlemail.com,cryptomining.tools | {} |
| 2021-10-28T21:28:35Z | Deleted | cryptomining.tools,MX,alt2.aspmx.l.google.com,cryptomining.tools | {} |
| 2021-10-28T21:28:41Z | Deleted | cryptomining.tools,MX,alt1.aspmx.l.google.com,cryptomining.tools | {} |
| 2021-10-28T21:28:46Z | Deleted | cryptomining.tools,MX,aspmx.l.google.com,cryptomining.tools | {} |
| 2021-10-28T21:29:12Z | Added | {} | cryptomining.tools,MX,distributedledgerinc-com.mail.protection.outlook.com,cryptomining.tools |
| 2021-10-28T21:29:45Z | Added | {} | cryptominingconference.com,MX,distributedledgerinc-com.mail.protection.outlook.com,cryptominingconference.com |
| 2021-10-28T21:32:16Z | Set | www.cryptominingconference.com,CNAME,cryptominingconference.com,cryptominingconference.com | www.cryptominingconference.com,CNAME,distributedledgerinc.com,cryptominingconference.com |
| 2021-10-28T21:32:24Z | Set | cryptominingconference.com,CNAME,distributedledgerinc.com,cryptominingconference.com | cryptominingconference.com,CNAME,distributedledgerinc.com,cryptominingconference.com |
| 2021-10-28T21:32:43Z | Deleted | www.miningfarmpdu.com,A,167.71.174.118,miningfarmpdu.com | {} |
| 2021-10-28T21:32:56Z | Set | miningfarmpdu.com,MX,167.71.174.118,miningfarmpdu.com | miningfarmpdu.com,MX,distributedledgerinc-com.mail.protection.outlook.com, miningfarmpdu.com |
| 2021-10-28T21:33:08Z | Deleted | miningfarmpdu.com,A,167.71.174.118,miningfarmpdu.com | {} |
| 2021-10-28T21:33:21Z | Deleted | *.miningfarmpdu.com,A,167.71.174.118,miningfarmpdu.com | {} |
| 2021-10-28T21:33:41Z | Added | {} | miningfarmpdu.com,CNAME,distributedledgerinc.com,miningfarmpdu.com |

EXHIBIT C