UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DISTRIBUTED LEDGER, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:21-cv-0490-KD-N |
| ) | |
| **NEW GREEN NETWORK, LLC,** ) | |
| **MILWAUKEE SEO LLC, and SCOTT** ) | |
| **OFFORD,** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANTS' MOTION TO CONTINUE THE DECEMBER 21, 2021 HEARING AND REQUEST FOR AN IN-PERSON SETTLEMENT CONFERENCE WITH MAGISTRATE NELSON

COME NOW, the Defendants and move to continue the December 21, 2021 hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and request an in-person settlement conference with Magistrate Nelson based on the following:

1. On November 19, 2021, Plaintiff filed a Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 9, hereinafter, "Motion").

2. On November 23, 2021, this Honorable Court issued an order requiring Defendants to file their response to the Motion by December 10, 2021 and setting the hearing for December 21, 2021. (Doc. 10)

3. Scott Offord and defense counsel have a conflict with the December 21, 2021 setting.

4. Counsel for the Defendants conferred with counsel for Plaintiff about the conflict.

5. In the course of that conference, Counsel for Defendants advised that the Defendants would request a continuance of the December 21, 2021 with a reset date in late January,

    2022, subject to the Court's availability, and asked Plaintiff's position on the continuance.

6. Plaintiff does not oppose the request for a continuance of the December 21, 2021 hearing. (See Exhibit A, December 13 2021 correspondence between Josh Koch and Joe Carlasare)

7. Counsel for Defendants also advised that the Defendants would request an in-person settlement conference Magistrate Nelson at the earliest possible date in January which is convenient for the Court and the Parties.

8. Plaintiff is in agreement with the request for an in-person settlement conference with Magistrate Nelson. (Exhibit A)

9. Scott Offord is available January 3, 2022 to January 12, 2022 and January 21, 2022 to January 31, 2022.

WHEREFORE, the Defendants respectfully request that this Honorable Court Grant their Motion to Continue the December 21, 2021 hearing to a date in late January as well as their request for an in person settlement conference with Magistrate Nelson.

                      Respectfully Submitted:

                      /s/Caroline T. Pryor
                      CAROLINE T. PRYOR (PRYOC 2802)
                      SARAH CROSS RYAN (CROSS5186)
                      Attorneys for Defendants

**OF COUNSEL:**

CARR, ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - Facsimile
cpryor@carrallison.com

sryan@carrallison.com

                                                */s/Gary Zhao*  
                                                GARY ZHAO  
                                                Attorney for Defendants

**OF COUNSEL:**

Smith Amundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL  60601
(312) 894-3377
(312) 997-3423 - Facsimile
GZhao@salawus.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 13th day of December, 2021, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

Dennis D. Green, Jr.
Law Office of Dennis D. Green, Jr., P.C.
P.O. Box 132741
Spring, TX 77393

R. Joshua Koch, Jr.
Koch & Schmidt, LLC
650 Poydras Street, Suite 2660
New Orleans, LA 70130

                                                */s/Caroline T. Pryor*  
                                                OF COUNSEL