**From:** Josh Koch <JKoch@kochschmidt.com>
**Sent:** Monday, December 13, 2021 2:57 PM
**To:** Carlasare, Joe <JCarlasare@salawus.com>; Dennis Green <dennis@lawofficeofdennisgreen.com>
**Cc:** Zhao, Gary <GZhao@salawus.com>; Zhou, Yuan <YZhou@salawus.com>
**Subject:** RE: DLI v. NGN Network LLC et. al. - Case No. 1:21-cv-490 [IWOV-Active.FID1228096]

[EXTERNAL]
Joe –

Ok. We have agreement on the terms set out in your email below.

Best regards.
Josh


**R. JOSHUA KOCH, JR.**
Partner
JKoch@KochSchmidt.com
T: 504.208.9042/ F: 504.208.9041

**KOCH & SCHMIDT, LLC**
650 Poydras St./Suite 2660/New Orleans, LA/ 70130
www.kochschmidt.com

CONFIDENTIAL STATEMENT
This message is sent by a law firm and may contain information that is privileged or
confidential. If you receive this transmission in error, please notify the sender by reply email and delete the message and any attachments.


**From:** Carlasare, Joe [mailto:JCarlasare@salawus.com]
**Sent:** Monday, December 13, 2021 2:16 PM
**To:** Josh Koch <JKoch@kochschmidt.com>; Dennis Green <dennis@lawofficeofdennisgreen.com>
**Cc:** Zhao, Gary <GZhao@salawus.com>; Zhou, Yuan <YZhou@salawus.com>
**Subject:** DLI v. NGN Network LLC et. al. - Case No. 1:21-cv-490 [IWOV-Active.FID1228096]

Hi Josh,

Please let this correspondence serve as confirmation of our telephonic meet and confer that was conducted a few mintues ago. As I mentioned, our team has a scheduling conflict that prevents us from appearing on 12-21-21 for the scheduled hearing. It is our intent to file a motion with Court seeking a continuance of the hearing date to a mutually convenient date. However, in the interest of trying to resolve this case (as well as other additional claims), we propose the following compromise:

1

**EXHIBIT "A"**

1. We file a motion seeking a continuance of December 21, 2021 hearing date and resetting it for a late January date.
2. Your clients do not oppose our motion to continue the hearing. We intend on indicating this in our filing.
3. The Parties agree to schedule an *in person* settlement conference with the Magistate at the earliest possible date in Janaury that is mutually convenient for all Parties.

My client has agreed to this approach. Please let me know if this is acceptable so that we can file our motion and obtain dates from the Court.

Best,

Joe

**Joe Carlasare**
**Partner –** *Licensed in Illinois, Indiana, & Texas*
Smith
150 North Michigan Avenue, Suite 3300, Chicago, Illinois  60601
Phone (312) 894-3309 | Fax (312) 997-1770 | Cell (815) 212-1161 | Email: JCarlasare@salawus.com | Web: http://www.salawus.com


Please consider the environment before printing this e-mail

This message is intended only for the individual or entity to which it is addressed and may contain information that is attorney work product, privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via email or the United States Postal Service. Thank you.