**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DISTRIBUTED LEDGER, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:21-cv-0490-KD-N** |
| | ) | |
| **NEW GREEN NETWORK, LLC,** | ) | |
| **MILWAUKEE SEO LLC, and SCOTT** | ) | |
| **OFFORD,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**DISCLOSURE STATEMENT**

---

COMES NOW, New Green Network LLC, a Defendant in the above captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of the S.D. Ala. CivLR 7.1:

The following entities and their relationship to the party are hereby reported:

Scott Offord owns 100% of Milwaukee SEO LLC.  Milwaukee SEO LLC owns 100% of New Green Network LLC.

Respectfully Submitted:

*/s/Caroline T. Pryor*_____
CAROLINE T. PRYOR (PRYOC 2802)
SARAH CROSS RYAN (CROSS5186)
Attorneys for Defendants

**OF COUNSEL:**

CARR, ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - Facsimile
cpryor@carrallison.com
sryan@carrallison.com

> /s/Gary Zhao
> GARY ZHAO
> Attorney for Defendants

**OF COUNSEL:**

Smith Amundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL  60601
(312) 894-3377
(312) 997-3423 - Facsimile
GZhao@salawus.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 14th day of December, 2021 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

Dennis D. Green, Jr.
Law Office of Dennis D. Green, Jr., P.C.
P.O. Box 132741
Spring, TX 77393

R. Joshua Koch, Jr.
Koch & Schmidt, LLC
650 Poydras Street, Suite 2660
New Orleans, LA 70130

> /s/Caroline T. Pryor
> OF COUNSEL