IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DISTRIBUTED LEDGER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 21-0490-KD-N |
| | ) |
| NEW GREEN NETWORK LLC, | ) |
| MILWAUKEE SEO LLC, and | ) |
| SCOTT OFFORD, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This action is before the Court on Defendants New Green Network LLC, Milwaukee SEO LLC, and Scott Offord's Unopposed Motion to Continue the hearing on Plaintiff Distributed Ledger, Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction (doc. 18). The parties request a "date late in January" (Id., p. 2). As grounds, Defendants have scheduling conflicts with the current setting. Also, the parties have conferred regarding settlement and request a settlement conference with Magistrate Judge Katherine P. Nelson as early as possible in January.[1]

Upon consideration, the Motion to Continue is GRANTED. Accordingly, the hearing is re-set for **January 24, 2022, at 10:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama 36604.

DONE and ORDERED this the 14th day of December 2021.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] The request for settlement conference has been referred to Judge Nelson.