# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DISTRIBUTED LEDGER, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 21-0490-KD-N |
| ) | |
| **NEW GREEN NETWORK LLC,** ) | |
| **MILWAUKEE SEO LLC,** and ) | |
| **SCOTT OFFORD,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This action is before the Court on *sua sponte* review of the docket. Accordingly, the **time** for the hearing on Plaintiff Distributed Ledger, Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction, which is scheduled for January 24, 2022, **is changed to 9:00 a.m.**

DONE and ORDERED this the 4th day of January 2022.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE