IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DISTRIBUTED LEDGER, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. 21-0490-KD-N |
| | ) |
| **NEW GREEN NETWORK LLC,** | ) |
| **MILWAUKEE SEO LLC, and** | ) |
| **SCOTT OFFORD,** | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

This action is before the Court on the parties' oral joint motion to continue the hearing on Plaintiff Distributed Ledger, Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction Defendants. Upon consideration, the motion is **GRANTED**.

Accordingly, the hearing set for January 24, 2022, at 9:00 a.m. is **CANCELLED** and continued indefinitely.  **Plaintiff DLI shall**, on or before **April 21, 2022**, notify the Court whether it intends to proceed on the Motion.

DONE and ORDERED this the 21st day of January 2022.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**