# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **DISTRIBUTED LEDGER, INC.** | * |
| | * |
| | * |
| Plaintiff, | * |
| vs. | * Case No. **1:21-cv-490** |
| | * |
| **NEW GREEN NETWORK LLC,** | * |
| **MILWAUKEE SEO, LLC & OFFORD** | * |
| Defendant. | * |

## MOTION AND APPLICATION FOR ADMISSION PRO HAC VICE

The undersigned attorney hereby applies for admission *pro hac vice* before the United States District Court for the Southern District of Alabama in the above-styled action and submits the following.[1]

1. **Party/Parties for whom you are requesting to appear:**
   **New Green Network, LLC, Milwaukee SEO, LLC and Scott Offord**

2. **State:**
   (a) Full name: **Joseph Carlasare**
   (b) Present business address: **150 N. Michigan Avenue, Ste 3300, Chicago, IL 60601**
   (c) Office telephone number and email: **(312) 894-3309; jcarlasare@salawus.com**
   (d) Name of your firm, company or agency: **SmithAmundsen, LLC**

3. **State the law school(s) you have attended, specifying the dates and the degrees(s) you have received:** **Chicago-Kent College of Law, 2012, J.D.**

4. (a) Are you a member in good standing of the bar of the Supreme Court of Alabama? **No**
   (b) If so, state the month and year you were admitted: _____
   (c) Are you a member in good standing of the bar of any other state's highest court? **Yes**
   (d) If so, name the state(s) and the month and year you were admitted:
   **IL-January, 2013, IN-May, 2013**

5. **Name the federal courts, if any, to which you are presently admitted to practice, and are in good standing:** **Northern District of Illinois, Northern District of Indiana Southern District of IN**

6. **Are you regularly engaged in the practice of law in the State of Alabama? No**

---
[1] Attach additional pages as needed for complete responses.

7.  (a) Have you ever sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis? **No**

    (b) If so, describe fully the circumstances: _____

8.  (a) Do you presently have pending against you any disciplinary charges by any court or bar association? **No**

    (b) If so, describe fully the circumstances: _____

9.  (a) Have you ever been cited for contempt by any federal or state court? **No**

    (b) If so, describe fully the circumstances: _____

10. (a) Have you ever been disbarred or suspended from practice or in any other way disciplined in any federal or state appellate or trial court? **No**

    (b) If so, describe fully the circumstances: _____

11. Do you understand the Code of Professional Responsibility of the Alabama State Bar, as amended to date, and do you agree to abide by it in this Court? **Yes**

12. Do you agree to read and abide by the Local Rules of the United States District Court for the Southern District of Alabama, the Standing Orders of this Court, and the Administrative Procedure for Electronic Filing, and to become familiar with all of them prior to making any filings or appearance before this Court? **Yes**

    (The Standing Orders of this Court and Administrative Procedure for Electronic Filing are available for your review in the Clerk's Office or on the web at **(www.alsd.uscourts.gov/.)**

13. I declare under penalty of perjury that the foregoing is true and correct.

    **Joseph Carlasare**
    **Applicant Name**

    Date: **January 26, 2022**

**Oath of Admission:**

I do solemnly swear (or affirm) that I will demean myself as an attorney, according to the best of my learning and ability, and with all good fidelity, as well to the court as to the client; that I will use no falsehood or delay any person's cause for lucre or malice, and that I will support the Constitution of the State of Alabama and of the United States, so long as I continue a citizen thereof, so help me God.

*/s/ Joe Carlasare*

**Signature of Attorney**