# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Joseph P. Carlasare

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Joseph P. Carlasare was duly admitted to practice in said Court on (01/15/2013) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (01/26/2022 )

Thomas G. Bruton , Clerk,

By:  Amanda Keil
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ AMANDA KEIL
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
January 26, 2022