AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-490

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scott Offord
was received by me on *(date)* 1-28-2022

☒ I personally served the summons on the individual at *(place)* 4475 N. 124th Street
Brookfield WI 53005                     on *(date)* 2-2-2022          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2-3-2022

*Server's signature*

Patrick Doyle
*Printed name and title*
Accurate Process Service
P.O. Box 1414
Milwaukee WI 53201-1414

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-490

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scott Offord
was received by me on *(date)* 1-28-2022

☐ I personally served the summons on the individual at *(place)*
on *(date)*                                                                                             ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*          , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Scott Offord (Registered Agent)          , who is
designated by law to accept service of process on behalf of *(name of organization)* SEO LLC
at 4475 N 124th St Unit C Brookfield WI    on *(date)* 2-2-2022          ; or

☐ I returned the summons unexecuted because                                                                                             ; or

☐ Other *(specify)*:


My fees are $            for travel and $            for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 2-3-2022

*Server's signature*

Patrick Doyle
*Printed name and title*

Accurate Process Service
P.O. Box 1414
Milwaukee WI. 53201-1414

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-490

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scott Offord
was received by me on *(date)* 1-28-2022

☐ I personally served the summons on the individual at *(place)*
                                                      on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                    , a person of suitable age and discretion who resides there,
on *(date)*                    , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Scott Offord (Registered Agent)   , who is
designated by law to accept service of process on behalf of *(name of organization)* New Green Network LLC
at 4475 N 124th St. Unit C Brookfield WI on *(date)* 2-2-2022          ; or

☐ I returned the summons unexecuted because                                       ; or

☐ Other *(specify)*:


My fees are $              for travel and $              for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   2-3-2022

                                              *Server's signature*

                                              Patrick Doyle
                                              *Printed name and title*
                                              Accurate Process Service
                                              P.O. Box 1414
                                              Milwaukee WI 53201-1414

                                              *Server's address*

Additional information regarding attempted service, etc: