# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DISTRIBUTED LEDGER, INC.,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 1:21-00490-KD-N** |
| ) | |
| **NEW GREEN NETWORK LLC,** *et al.*,) | |
| Defendants. ) | |

## ORDER

As directed by the Preliminary Scheduling Order (Doc. 29), on February 4, 2022, the parties filed a report of their planning meeting held under Federal Rule of Civil Procedure 26(f) (Doc. 33).[1] The report, however, provides few usable proposed dates, instead asserting that any such deadlines and settings would be "premature at this time." The parties have also not agreed on a discovery plan—while the Plaintiff has proposed its own discovery plan, the Defendants appear to indicate that any discovery would be premature until the Plaintiff amends its complaint by March 3, 2022, as it "has indicated it will[,]" and the Defendants have answered or otherwise responded to the amended pleading. (*Id.*, PageID.233).

Upon due consideration, this civil action shall come before the undersigned Magistrate Judge for a telephonic scheduling conference under Federal Rule of Civil Procedure 16(b) and S.D. Ala. Civil Local Rule 16(a) on **APRIL 5, 2022**, beginning at **10:00 A.M. (Central)**. To access the telephonic conference, the parties are to use the

---

[1] The assigned District Judge has referred the planning report to the undersigned Magistrate Judge for appropriate action under 28 U.S.C. § 636(a)-(b), Federal Rule of Civil Procedure 72, and S.D. Ala. GenLR 72(a). *See* S.D. Ala. GenLR 72(b); (2/7/2022 electronic reference)

following numbers:

|  |  |
|---|---|
| **TELECONFERENCE BRIDGE NUMBER** | 571-353-2301 |
| **GUEST ID** | 002111802# |

At least one attorney of record for each counseled party must participate in the scheduling conference. *Pro se* parties must participate personally.

Further, the undersigned construes the February 4 planning report as a motion for more time to comply with the limited discovery ordered on the record by the undersigned at the January 24, 2022 settlement conference. So construed, said motion is **GRANTED**, and the parties shall complete said limited discovery no later than **APRIL 4, 2022**.

**DONE** and **ORDERED** this the 9th day of February 2022.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**