IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DISTRIBUTED LEDGER, INC.** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**NEW GREEN NETWORK LLC,** )<br>**MILWAUKEE SEO LLC, and SCOTT** )<br>**OFFORD** )<br>)<br>**Defendants.** ) | **CASE NO.: 1:21-cv-00490-KD-N** |

## DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT

NOW COME the Defendants, New Green Network LLC, Milwaukee SEO, LLC and Scott Offord (collectively "Defendants"), by and through their attorneys, SmithAmundsen, LLC, and for their Motion to Extend the Deadline to Answer Plaintiff's Complaint or otherwise plead, state as follows:

1. Plaintiff filed the Complaint (Dkt. No. 1) against the Defendants on November 10, 2021. In addition, it filed a Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 9) against the Defendants on November 19, 2021 (the "Motion for TRO").

2. Defendants filed a Response in Opposition to Plaintiff's Motion for TRO (Dkt. No. 16) on December 10, 2021 before they were served.

3. On January 21, 2022, the parties engaged in an in-person settlement conference for the Motion for TRO before the Honorable Judge Nelson.

4. The Defendants were subsequently served with the Complaint on January 28, 2022.

5. Defendants' answer to the Complaint is currently due on February 18, 2022, pursuant to Federal Rule of Civil Procedure 12(a).

6. Defendants' and Plaintiff's counsel held a rule 26(f) planning conference on or about February 3, 2020. During this planning conference, Plaintiffs' counsel indicated that they will amend the Complaint by March 3, 2022. The amendment is expected to be substantive. Any answer or responses by Defendants to the original Complaint would be moot due to the substantive amendment. Further, in the planning meeting, the parties agreed that Defendants shall have until April 4, 2022 to answer or otherwise respond to the Amended Complaint.

7. The parties submitted a joint report (Dkt. No. 33) after the Rule 26(f) planning conference to the Court indicating Plaintiff's intent to amend the Complaint and Defendants' proposed response date.

8. The Court issued a minute entry order on or about February 9, 2020 (Dkt. No. 34), setting a rule 16 scheduling conference for April 5, 2022. However, the February 9, 2020 Order does not relieve the prior deadline of February 18, 2022 for Defendants to answer or respond to the original Complaint.

9. It is well established that the district courts enjoy an inherent power to manage and control their own dockets. *See Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936).

10. Defendants hereby request relief from the February 18, 2022 deadline, extending the deadline to answer or otherwise respond to the Amended Complaint to April 4, 2022.

11. This motion is brought in good faith and not for purposes of delay or to unduly prejudice any party.

WHEREFORE, Defendants, New Green Network LLC, Milwaukee SEO, LLC and Scott Offord, respectfully request that this Court enter an Order setting March 3, 2022 as the deadline for Plaintiff to file the Amended Complaint, granting Defendants' Motion for Extension permitting

Defendants to answer or otherwise respond to Plaintiff's Complaint or the Amended Complaint, if filed, by April 4, 2022, and entering any additional relief this Court deems just and warranted.

Respectfully Submitted,

/s/Caroline T. Pryor_____
CAROLINE T. PRYOR (PRYOC 2802)
SARAH CROSS RYAN (CROSS5186)
Attorneys for Defendants

**OF COUNSEL:**

CARR, ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - Facsimile
cpryor@carrallison.com
sryan@carrallison.com

/s/Gary Zhao_____
GARY ZHAO
JOSEPH CARLASARE
Attorneys for Defendants

**OF COUNSEL:**

Smith Amundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL  60601
(312) 894-3377
(312) 997-3423 - Facsimile
GZhao@salawus.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 11th day of February, 2022 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

Dennis D. Green, Jr.
Law Office of Dennis D. Green, Jr., P.C.
P.O. Box 132741
Spring, TX 77393

R. Joshua Koch, Jr.
Koch & Schmidt, LLC
650 Poydras Street, Suite 2660
New Orleans, LA 70130

    */s/ Caroline T. Pryor*
    OF COUNSEL