IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DISTRIBUTED LEDGER, INC.** | \* | |
| | \* | |
| **Plaintiff,** | \* | |
| v. | \* | CASE NO.:   1:21-cv-490-KD-N |
| | \* | |
| **NEW GREEN NETWORK LLC,** | \* | |
| **MILWAUKEE SEO LLC, and SCOTT** | \* | |
| **OFFORD** | \* | |
| | \* | |
| **Defendants.** | \* | |

### DEFENDANTS' MOTION TO STAY ANSWERING COUNT I OF THE AMENDED COMPLAINT

NOW COME the Defendants, New Green Network LLC, Milwaukee SEO, LLC and Scott Offord (collectively "Defendants"), by and through their attorneys, SmithAmundsen, LLC, for their Motion to Stay Answering Count I of Plaintiff, Distributed Ledger, Inc.'s ("Plaintiff" or "DLI") Amending, Supplemental and Restated Complaint (the "Amended Complaint"), and in support thereof, Defendants state as follows:

1. On March 3, 2022, Plaintiff filed an eight-count Amended Complaint against the Defendants (Dkt. No. 37).

2. On April 4, 2022, contemporaneously with this motion, Defendants are filing their Fed. R. Civ. P. 12(b)(6) Motion to Dismiss Counts II to VIII of the Amended Complaint.

3. Rule 12(a)(4) provides that service of a motion to dismiss under Rule 12 extends the time to file an answer until 14 days after notice of the court's action. F.R.C.P. 12(a)(4). This is equally true whether the motion to dismiss is directed to the entire complaint or, as here, less than all counts.

4. "In the interests of efficiency for all parties, including the courts, it is best to stall the proceedings on all counts until after the court rules on the Rule 12(b)(6) motion." *Godlewski v. Affiliated Computer Services, Inc.*, 210 F.R.D. 571, 573 (E.D. Va. 2002).

5. The great majority of cases hold that "the filing of a motion that only addresses part of a complaint suspends the time to respond to the entire complaint, not just to the claims that are the subject of the motion." *Godlewski*, 210 F.R.D. at 572, *citing Finnegan v. University of Rochester Med. Ctr.*, 180 F.R.D. 247, 249-50 (W.D.N.Y. 1998). That holding rests on the plain language of the Rule as well as "the interests of efficiency for all parties, including the courts." 210 F.R.D. at 572. *Accord*, *Business Incentives Co. v. Sony Corp.*, 397 F.Supp. 63, 64-65 (S.D.N.Y. 1975); *Ricciuti v. New York Transit Auth.*, 1991 WL 221110 (S.D.N.Y. 1991) at *2; *Alex. Brown & Sons v. Marine Midland Banks*, 1997 WL 97837 (S.D.N.Y. 1997) at *6-7.

6. The one case to the contrary, *Gerlach v. Michigan Bell Tel. Co.*, 448 F.Supp. 1168 (E.D. Mich. 1978), considers neither the context of Rule 12 nor the policy rationale behind it. No case has followed *Gerlach* on this issue and numerous cases have rejected it expressly and by name. *E.g.*, *Godlewski*, 210 F.R.D. at 572; *Tingley Systems, Inc. v. CSC Consulting, Inc.*, 152 F.Supp. 2d 95, 122 (D. Mass 2001); *Brocksopp Engineering, Inc. v. Bach-Simpson, Ltd.*, 136 F.R.D. 485, 486 (D. Wis. 1991).

7. Given that Defendants' Motion to Dismiss seven out of the eight counts of claims in Plaintiff's Amended Complaint is pending before the Honorable Court, Defendants respectfully ask the Court to stay answering Count I of the Amended Complaint until 14 days after the Court rules on Defendants' Motion to Dismiss.

WHEREFORE, Defendants, New Green Network LLC, Milwaukee SEO, LLC and Scott Offord, respectfully move this Honorable Court to enter an order and stay answering Count I of

Plaintiff's Amended Complaint until 14 days after the Court rules on Defendants' Motion to Dismiss, and grant Defendants any other relief the Court deems just and proper.

        Respectfully Submitted:

        */s/Caroline T. Pryor*_____
        CAROLINE T. PRYOR (PRYOC 2802)
        SARAH CROSS RYAN (CROSS5186)
        Attorneys for Defendants

**OF COUNSEL:**

CARR, ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - Facsimile
cpryor@carrallison.com
sryan@carrallison.com

        */s/Gary Zhao*_____
        GARY ZHAO
        JOSEPH CARLASARE
        Attorneys for Defendants

**OF COUNSEL:**

Smith Amundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3377
(312) 997-3423 - Facsimile
GZhao@salawus.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 4th day of April, 2022, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

Dennis D. Green, Jr.
Law Office of Dennis D. Green, Jr., P.C.
P.O. Box 132741
Spring, TX 77393

R. Joshua Koch, Jr.
Koch & Schmidt, LLC
650 Poydras Street, Suite 2660
New Orleans, LA 70130

                              */s/ Caroline T. Pryor*
                              OF COUNSEL