IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DISTRIBUTED LEDGER, INC.** | * | |
| | * | |
| **Plaintiff,** | * | |
| v. | * | CASE NO.:   1:21-cv-490-KD-N |
| | * | |
| **NEW GREEN NETWORK LLC,** | * | |
| **MILWAUKEE SEO LLC, and SCOTT** | * | |
| **OFFORD** | * | |
| | * | |
| **Defendants.** | * | |

## DEFENDANTS' MOTION TO DISMISS

NOW COME the Defendants, New Green Network LLC, Milwaukee SEO, LLC and Scott Offord (collectively "Defendants"), by and through their attorneys, SmithAmundsen, LLC, pursuant to Federal Rule of Civil Procedure 12(b)(6), move the Court to dismiss Counts II to VIII of Plaintiff, Distributed Ledger, Inc.'s ("Plaintiff" or "DLI") Amending, Supplemental and Restated Complaint (the "Amended Complaint"), and in support thereof, Defendants state as follows:

1. On March 3, 2022, Plaintiff filed an eight-count Amended Complaint against the Defendants (Dkt. No. 37).

2. Counts II to VIII of Plaintiff's Amended Complaint fail to state a claim against the Defendants upon which relief can be granted and should be dismissed pursuant to rule 12(b)(6) of federal rules of civil procedure.

3. In support of the instant Motion, the Defendants will rely upon their contemporaneously filed memorandum of law.

4. Defendants also are contemporaneously filing a separate motion to stay their answer to Count I of the Amended Complaint.

WHEREFORE, Defendants, New Green Network LLC, Milwaukee SEO, LLC and Scott Offord, respectfully request this Honorable Court enter judgment in favor of the Defendants and dismiss Counts II to VIII of Plaintiff, Distributed Ledger, Inc.'s Amended Complaint against Defendants, and grant Defendants any other relief the Court deems just and proper.

Respectfully Submitted:

*/s/Caroline T. Pryor*_____
CAROLINE T. PRYOR (PRYOC 2802)
SARAH CROSS RYAN (CROSS5186)
Attorneys for Defendants

**OF COUNSEL:**

CARR, ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - Facsimile
cpryor@carrallison.com
sryan@carrallison.com

*/s/Gary Zhao*_____
GARY ZHAO
JOSEPH CARLASARE
Attorneys for Defendants

**OF COUNSEL:**

Smith Amundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3377
(312) 997-3423 - Facsimile
GZhao@salawus.com

## CERTIFICATE OF SERVICE

      I do hereby certify that I have on this 4th day of April, 2022, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

Dennis D. Green, Jr.
Law Office of Dennis D. Green, Jr., P.C.
P.O. Box 132741
Spring, TX 77393

R. Joshua Koch, Jr.
Koch & Schmidt, LLC
650 Poydras Street, Suite 2660
New Orleans, LA 70130

                                                                */s/ Caroline T. Pryor*
                                                                OF COUNSEL