IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DISTRIBUTED LEDGER, INC.,**     )<br>     **Plaintiff,**     )<br>     )<br>**v.**     )<br>     )<br>**NEW GREEN NETWORK LLC,** *et al.,*)<br>     **Defendants.**     ) | **CIVIL ACTION NO. 1:21-00490-KD-N** |

## ORDER

On November 12, 2021, the Court entered a text-only order explaining that the disclosure statement the Plaintiff had filed that day (Doc. 4) did not satisfy the disclosure requirements of S.D. Ala. CivLR 7.1, and ordered the Plaintiff "to file an amended disclosure statement that certifies disclosure required by S.D. Ala. CivLR 7.1 no later than Thurs. 11/18/2021…" (Doc. 5). The Plaintiff did not comply with or otherwise respond to that order. Accordingly, on November 23, 2021, the Court ordered the Plaintiff to file an amended disclosure statement as previously directed, and to show cause for its failure to comply by the original deadline, no later than November 30, 2021. (*See* Doc. 11). That deadline also came and went with no compliance or any sort of response by the Plaintiff.

Upon consideration, the Plaintiff is **ORDERED** to file, no later than **APRIL 21, 2022**, (1) an amended disclosure statement that certifies disclosure required by S.D. Ala. CivLR 7.1 (form available at: https://www.alsd.uscourts.gov/forms/all-forms), *and* (2) a separate response to this order showing cause why the Plaintiff and/or its counsel should not be sanctioned for

their repeated failure to comply with the Court's orders as described above.

**DONE** and **ORDERED** this the 13th day of April 2022.

/s/ *Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**