# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| <ins>DISTRIBUTED LEDGER, INC.</ins> )<br>Plaintiff, )<br>vs. )<br>)<br><ins>NEW GREEN NETWORK LLC, MILWAUKEE</ins><br><ins>SEO LLC, AND SCOTT OFFORD</ins> )<br>Defendant. ) | Case No. <ins>    1:21-CV-490    </ins> |

## DISCLOSURE STATEMENT

COMES NOW, <ins>Distributed Ledger Inc.</ins>, a corporation organized and existing under the laws of the State of Texas and its main headquarters in Daphne, Alabama and a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of the S.D. Ala. Civ. LR 7.1:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☑ The following entities and their relationship to the party are hereby reported:

> Please see Exhibit A - List of Reported Entities and their Relationship to Distributed Ledger, Inc.

04/13/22
<ins>Date</ins>

<ins>/s/ R. Joshua Koch, Jr.</ins>
R. Joshua Koch, Jr.
KOCH & SCHMIDT, LLC
650 Poydras St., Suite 2660
New Orleans, LA 70130
jkoch@kochschmidt.com
T: 504.208.9040
*Admitted Pro Hac Vice*

Rev. 1/2016

*/s/ Dennis D. Green, Jr.*
Dennis D. Green, Jr.
LAW OFFICE OF DENNIS D.GREEN, JR.
Alabama Bar No. 7616-U22C
132741 P.O. Box
Spring, Texas 77393
dennis@lawofficeofdennisgreen.com
T: 470.774.1288
COUNSEL FOR DISTRIBUTED LEDGER, INC.

**CERTIFICATE OF SERVICE**

I, R. Joshua Koch, Jr., do hereby certify that I have on this 13th day of April, 2022 electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Gary Zhao
Smith Amundsen LLC
150 N Michigan Ave, Suite 3300
Chicago, IL 60601

Joseph Puglise Carlasare
Smith Amundsen LLC
150 N Michigan Ave, Suite 3300
Chicago, IL 60601

Caroline Thomason Pryor
Carr, Allison, Pugh, Howard,
Oliver & Sisson, P.C.
6251 Monroe St., Suite 200
Daphne, AL 36526

Sarah Cross Ryan
Carr, Allison, Pugh, Howard,
Oliver & Sisson, P.C.
6251 Monroe St., Suite 200
Daphne, AL 36526

04/13/2022
Date

*/s/ R. Joshua Koch, Jr.*
R. Joshua Koch, Jr.