# **EXHIBIT A – LIST OF REPORTED ENTITIES AND THEIR RELATIONSHIP TO DISTRIBUTED LEDGER, INC.**

| **Reportable Entity** | **Relationship to Party** |
|---|---|
| Bolsa Belize Ltd. | Subsidiary |
| Distributed BitPower, LLC | Subsidiary |
| Digital Miners, LLC | Subsidiary |
| DLT Ventures, LLC | Subsidiary |
| American BitPower, LLC | Partner |
| Mining 360, LLC | Partner |
| Lightspeed Hosting, LLC | Partner |
| Ethode, LLC | Partner |
| Ternio, LLC | Partner |
| JMF Solutions, Inc. | Partner |
| Sandlot 44, LLC | Partner |
| Colton-Grace, LLC | Partner |
| VLVT Tree Partners, LLC | Partner |
| John Michael Francis, II | Manager |
| Thomas Vardell | Manager |
| James Andersen | Manager |
| Dennis D. Green, Jr. | Counsel for DLI |
| Mark Guidry | Accountant for DLI |