IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **DISTRIBUTED LEDGER, INC** * | |
| **Plaintiff,** * | |
| v. * | CASE NO.: 1-21-CV-490 – KD - N |
| **NEW GREEN NETWORK LLC,** * | |
| **MILWAUKEE SEO LLC, and SCOTT** * | |
| **OFFORD** * | |
| **Defendants.** | |

## PLAINTIFF MEMORANDUM IN RESPONSE TO THE COURT'S ORDER OF APRIL 13, 2022

Plaintiff, Distributed Ledger, Inc. ("DLI"), respectfully responds to the Court's Order of April 13, 2022 (Doc. 45), as follows:

### I.
### AMENDED DISCLOSURE STATEMENT

Plaintiff has today filed its Amended Disclosure Statement. Rec. Doc. 46.

Plaintiff apologizes to the Court for the untimely filing of this Amended Disclosure Statement.

### II.
### GOOD FAITH FAILURE TO TIMELY FILE AMENDED DISCLOSURE STATEMENT

Plaintiff and its counsel have no simple explanation for their failure to comply with the Court's Orders directing Plaintiff to file an Amended Disclosure Statement. This failure was not intentional. Rather, it was a confluence of several factors.

The first of these was the fact that while undersigned counsel was drafting the pleadings, he had not yet been admitted pro-hac to appear before the S.D. of Alabama and his co-counsel,

1

Dennis Green, was therefore overseeing the case. Toward that end, Mr. Green had received and forwarded the Court's text-only order of November 12, 2021 to the undersigned to correct the earlier filed Disclosure Statement to comply with S.D. Ala. CivLR 7.1. For reasons not clear, undersigned counsel simply failed to see this email from his co-counsel. Because he had not yet been admitted, he did not receive the Court's email directly from the Court. Mr. Green was under the mistaken assumption that the Order had been received and the Amended Disclosure filed.

The Court's Order of November 23, 2021 (Doc. 11) appears to have been received by undersigned counsel who by then had been admitted pro-hac[1]. Although it appears in counsel's email server, neither he nor his co-counsel have any knowledge or recollection of having received it. If they had, the Order would have been promptly complied with. At all times up to the receipt of today's Order it was the understanding and belief of counsel for DLI that it had filed and complied with S.D. Ala. CivLR 7.1.

In further explanation for plaintiff's failure to comply with the Court's previous orders, plaintiff would show that the Order of November 23, 2021 was issued two days before Thanksgiving when both counsel were out of the office. Moreover, during the period beginning November 15, 2021 through sometime in late December, 2021, undersigned counsel was undergoing medical treatment on a daily basis which affected his ability to work.[2]

Counsel for DLI does not seek to excuse its failing for which it is greatly embarrassed, and for which it apologizes to the Court. As the Court is aware, counsel have timely and properly complied with all other filing requirements since the inception of the case.

---

[1] Mr. Koch was admitted on November 16, 2021.
[2] Mr. Koch is prepared to share *in camera* more details of this treatment with the Court if it should desire.

While undersigned counsel for DLI acknowledges full responsibility for its failure to timely comply with the Court's orders, it respectfully submits that its omission does not warrant the imposition of sanctions. Their actions were not intentional, there is no history of similar actions by counsel or its client, their actions were not willful or in bad faith, and they did not benefit the plaintiff or cause harm to the defendants. Significantly, they will not occur again.

Respectfully Submitted,

/s/ R. Joshua Koch, Jr.
**R. Joshua Koch, Jr.**
**KOCH & SCHMIDT, LLC**
650 Poydras St., Suite 2660
New Orleans, LA 70130
jkoch@kochschmidt.com
(504) 208-9040
*Admitted pro hac vice*

**Dennis D. Green, Jr., Esq.**
**LAW OFFICE OF**
**DENNIS D. GREEN, JR., P.C.**
132741 P.O. Box
Spring, Texas 77393
Alabama Bar No. 7616-U22C
dennis@lawofficeofdennisgreen.com
(470) 774-1288

*Attorneys for Plaintiff Distributed Ledger Inc.*