IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DISTRIBUTED LEDGER, INC | * | |
| Plaintiff, | * | |
| v. | * | CASE NO.: 1-21-CV-490-KD-N |
| NEW GREEN NETWORK LLC, | * | |
| MILWAUKEE SEO LLC, and SCOTT | * | |
| OFFORD | * | |
| Defendants. | * | |

## EX-PARTE MOTION TO DISMISS MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION WITHOUT PREJUDICE AND MEMORANDUM IN SUPPORT

NOW COMES, Plaintiff, Distributed Ledger Inc. ("DLI," "Company," or "Plaintiff"), by and through its undersigned counsel of record, and respectfully moves this Honorable Court for an Order dismissing WITHOUT PREJUDICE its earlier filed motion for temporary restraining order and preliminary injunction and, in support thereof show that:

1. Plaintiff files this motion in response to the Court's request to inform it as to whether plaintiff intends to set its motion for temporary restraining order and preliminary injunction for hearing.

2. Plaintiff filed its motion for temporary restraining order and preliminary injunction on or about November 19, 2021 (R. Doc. 9).

3. The motion was set for hearing on December 21, 2021 (R. Doc. 10).

4. During a settlement conference with the United States Magistrate Judge which was to precede the hearing on Plaintiff's motion, it became apparent to counsel for DLI that for the hearing to be successful, some discovery would be necessary prior to the hearing. For this reason, the hearing was continued without date.

1

5. Plaintiff thereafter filed its First Amended and Supplemental Complaint ("Complaint")(R. Doc 37). Defendants have since moved to dismiss various counts of the Complaint. No Answer or other responsive pleading has been filed in response to the Complaint.

6. On or about April 12, 2022 a telephone scheduling conference was held with the Court which authorized the parties to commence discovery.

7. In view of the pending motion to dismiss, and as Plaintiff has only this month been allowed to commence discovery, Plaintiff believes that it would be the best interest of the Parties and the Court to dismiss, without prejudice, its pending motion for temporary restraining order and preliminary injunction. The motion would be re-urged at such later time as deemed appropriate based on the Court's ruling on defendant's motion to dismiss and discovery related to issues raised in Plaintiff's motion.

On the basis of the foregoing, Plaintiff respectfully requests this Honorable Court to enter an Order granting its motion to dismiss, without prejudice, and dismissing WITHOUT PREJUDICE its earlier filed motion for temporary restraining order and preliminary injunction without waiver of its right to re-urge the motion at such later date as may deemed appropriate.

Respectfully Submitted,

**LAW OFFICE OF
DENNIS D. GREEN, JR., P.C.**

 /s/ Dennis D. Green, Jr.
Dennis D. Green, Jr., Esq.
Alabama Bar No. 7616-U22C
dennis@lawofficeofdennisgreen.com
132741 P.O. Box
Spring, Texas 77393
(470) 774-1288

*[Continued on next page]*

**KOCH & SCHMIDT, LLC**

R. Joshua Koch, Jr.
650 Poydras St., Suite 2660
New Orleans, LA 70130
jkoch@kochschmidt.com
(504) 208-9040
*Admitted pro hac vice*

***Attorneys for Plaintiff Distributed Ledger Inc.***

## CERTIFICATE OF SERVICE

  I do hereby certify that I have on this 27th day of April, 2022, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Caroline T. Pryor
Sarah Cross Ryan
CARR, ALLISON
6251 Monroe St., Suite 200
Daphne, AL 36526

Gary Zhao
Joseph Carlasare
SMITH AMUNDSEN LLC
150 North Michigan Ave, Suite 3300
Chicago, IL 60601

            */s/ R. Joshua Koch, Jr.*
           **R. Joshua Koch, Jr., Esq.**