**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DISTRIBUTED LEDGER, INC.** | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | **CASE NO.:   1:21-cv-490-KD-N** |
| | * | |
| **NEW GREEN NETWORK LLC,** | * | |
| **MILWAUKEE SEO LLC, and SCOTT** | * | |
| **OFFORD** | * | |
| | * | |
| Defendants. | * | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

NOW COME the Defendants, NEW GREEN NETWORK, LLC, MILWAUKEE SEO LLC and SCOTT OFFORD (collectively "Defendants"), by and through their attorneys, SMITHAMUNDSEN LLC, and for their Unopposed Motion to Extend the Deadline to File Their Reply in Support of Their Rule 12(b)(6) Motion to Dismiss Counts II to VIII of Plaintiff, Distributed Ledger, Inc.'s ("Plaintiff") Amended Complaint for seven (7) days to May 16, 2022, and state as follows:

1.  On April 11, 2022, the Court granted Plaintiff's oral motion to extend its deadline to respond to Defendants' Rule 12(b)(6) Motion to Dismiss and entered a minute order setting forth the briefing schedule as follows: Plaintiff's response was due on May 2, 2022; and Defendant's reply is due on May 9, 2022. (*See* Dkt. #43).

2.  Due to other professional obligations, Defendants respectfully ask the Court to extend the deadline for them to file for their Reply in support of the Motion to Dismiss for seven (7) days, to **May 16, 2022**.

3.  Counsel for Defendants has met and conferred with Plaintiff's counsel on May 3, 2022. Plaintiff's counsel has no objection to Defendants' request of the extension.

4.  The Court has authority and discretion to supervise the pretrial phase and control its docket of a case pending in front of it. *Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936).

5.  The current May 9, 2022 deadline for Defendants to file their Reply in support of the Motion to Dismiss has never been extended.

6.  This instant Agreed Motion is brought in good faith and not for purposes of delay or to unduly prejudice any party as both parties agree to the extension.

WHEREFORE, Defendants, NEW GREEN NETWORK, LLC, MILWAUKEE SEO LLC and SCOTT OFFORD, respectfully request that the Honorable Court grant their Unopposed Motion to Extend the Deadline to File Their Reply in Support of the Motion to Dismiss for seven (7) days, to **May 16, 2022**, and any other relief the Court deems just and proper.

Respectfully submitted,

**SMITHAMUNDSEN LLC**

By:  /s/ Gary Zhao
One of the Attorneys for Defendants

**OF COUNSEL:**

Smith Amundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL  60601
(312) 894-3377
(312) 997-3423 - Facsimile
GZhao@salawus.com

                                                                                              */s/Caroline T. Pryor*_____
                                                                                              CAROLINE T. PRYOR (PRYOC 2802)
                                                                                              SARAH CROSS RYAN (CROSS5186)
                                                                                              Attorneys for Defendants

**OF COUNSEL:**

CARR, ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - Facsimile
cpryor@carrallison.com
sryan@carrallison.com


## CERTIFICATE OF SERVICE

      I do hereby certify that I have on this 4th day of May, 2022 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to those non CM/ECF participants:

Dennis D. Green, Jr.
Law Office of Dennis D. Green, Jr., P.C.
P.O. Box 132741
Spring, TX 77393

R. Joshua Koch, Jr.
Koch & Schmidt, LLC
650 Poydras Street, Suite 2660
New Orleans, LA 70130

                                                                                              */s/ Caroline T. Pryor*_____
                                                                                              OF COUNSEL