IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **DISTRIBUTED LEDGER, INC** * | |
| Plaintiff, * | |
| v. * | CASE NO.: 1-21-CV-490-KD-N |
| **NEW GREEN NETWORK LLC,** * | |
| **MILWAUKEE SEO LLC, and SCOTT** * | |
| **OFFORD** * | |
| Defendants. * | |

## NOTICE OF TENDERING DISCOVERY

NOW COMES PLAINTIFF, Distributed Ledger Inc., through its undersigned counsel, who respectfully represents it hereby gives notice to the Court that it has served Defendant, Scott Offord, this date, with Interrogatories, Requests for Production of Documents and Requests for Admission through Defendant's counsel via electronic mail.

Respectfully Submitted,

_/s/ R. Joshua Koch, Jr._
R. Joshua Koch, Jr.
**KOCH & SCHMIDT, LLC**
650 Poydras St., Suite 2660
New Orleans, LA 70130
jkoch@kochschmidt.com
(504) 208-9040
*Admitted pro hac vice*

Dennis D. Green, Jr., Esq.
**LAW OFFICE OF
DENNIS D. GREEN, JR., P.C.**
Alabama Bar No. 7616-U22C
dennis@lawofficeofdennisgreen.com
132741 P.O. Box
Spring, Texas 77393
(470) 774-1288
*Attorneys for Plaintiff Distributed Ledger Inc.*

## CERTIFICATE OF SERVICE

      I do hereby certify that I have on this 16th day of May, 2022, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Caroline T. Pryor
Sarah Cross Ryan
CARR, ALLISON
6251 Monroe St., Suite 200
Daphne, AL 36526

Gary Zhao
Joseph Carlasare
SMITH AMUNDSEN LLC
150 North Michigan Ave, Suite 3300
Chicago, IL 60601

                                                                 */s/ R. Joshua Koch, Jr.*
                                                             **R. Joshua Koch, Jr., Esq.**