IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **DISTRIBUTED LEDGER, INC** | * | |
| **Plaintiff,** | * | |
| v. | * | CASE NO.: 1-21-CV-490-KD-N |
| **NEW GREEN NETWORK LLC,** | * | |
| **MILWAUKEE SEO LLC, and SCOTT** | * | |
| **OFFORD** | * | |
| **Defendants.** | * | |

### JOINT MOTION AND ORDER TO DISMISS COMPLAINT AND COUNTERCLAIM WITH PREJUDICE

**NOW COME**, Plaintiff, Distributed Ledger Inc. ("DLI," "Company," or "Plaintiff"), and Defendants, New Green Network LLC, Milwaukee SEO LLC, and Scott Offord, appearing herein through their respective undersigned counsel of record, and upon suggesting to the Court that the parties have resolved all matters in this proceeding, and that the parties desire to dismiss all claims against the other each party to be responsible for its own attorneys' fees and costs.

Respectfully Submitted,

___/s/ R. Joshua Koch, Jr.___
Attorney for Distributed Ledger, Inc.


___/s/ Joseph Carlasare___
Attorney for New Green Network, LLC,
Milwaukee SEO, LLC, and Scott Offord

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **DISTRIBUTED LEDGER, INC** | * |
| **Plaintiff,** | * |
| v. | *   **CASE NO.: 1-21-CV-490-KD-N** |
| **NEW GREEN NETWORK LLC,** | * |
| **MILWAUKEE SEO LLC, and SCOTT** | * |
| **OFFORD** | * |
| **Defendants.** | * |

## ORDER

**CONSIDERING THE FOREGOING** "Joint Motion to Dismiss" filed on behalf of Plaintiff and Defendants,

**IT IS HEREBY ORDERED** that said motion is **GRANTED** and that the Complaint and Counterclaim are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs of Court.

Mobile, Alabama, on this _____ day of _____, 2022.

_____
**DISTRICT JUDGE**